**David VREELAND v. ESSEX LOCK, No. 148-75**

July 6, 1976. Defendant's Motion to Dissolve or Reduce Attachment is denied.